UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JEFFREY O. BELNAP, | ) | No.  CV-12-143-JPH |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| v. | ) | MOTION FOR REMAND |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings. **ECF No. 21**. Maureen Rosette represents plaintiff. Special Assistant United States Attorney Brett E. Eckelberg represents defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7.

After considering the stipulated motion, ECF No. 21, **IT IS ORDERED** that the **motion is GRANTED. The decision is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

1. The ALJ will give further consideration to the medical opinions of record, including the opinions of W. Scott Mabee, Ph.D., and Nancy Rider, ARNP, and articulate the weight given to each;

2. The ALJ will reassess the severity of plaintiff's

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

impairments;

    3. The ALJ will reevaluate step three of the sequential evaluation process;

    4. The ALJ will reassess plaintiff's credibility in a manner consistent with Social Security Ruling 96-7p;

    5. The ALJ will reevaluate plaintiff's residual functional capacity, and

    6. The ALJ will reassess steps four and five with, if necessary, the assistance of a vocational expert.

    The ALJ will offer plaintiff an opportunity for a hearing. Plaintiff may also present new arguments and further medical evidence, if such evidence becomes available.

**IT IS FURTHER ORDERED:**

    1. The parties' stipulated motion for an order of remand pursuant to sentence four, ECF No. 21, is **GRANTED.**

    2. Judgment shall be entered for **PLAINTIFF.**

    3. An application for attorney fees and costs may be filed by separate motion.

    4. The District Court Executive is directed to enter this Order, enter judgment, forward copies to counsel, and **CLOSE** the file.

    **IT IS SO ORDERED.**

    **DATED** this 21st day of March, 2013.


                                    s/James P. Hutton
                                JAMES P. HUTTON
                         UNITED STATES MAGISTRATE JUDGE


ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2